```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

MAY 18 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-121 RAJ |
|---|---|
| Plaintiff, | INFORMATION |
| v. | |
| TRAVIS PHILLIPS, | |
| Defendants. | |

The United States Attorney charges that:

## COUNT 1
### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, but within the last five years, and ending on or about May 2, 2017, in Seattle, within the Western District of Washington, and elsewhere, TRAVIS PHILLIPS, and others known and unknown, did knowingly and intentionally conspire to distribute substances controlled under Title 21, United States Code, Section 812, Schedule I, including 3,4- Methylendioxymethamphetamine (MDMA), contrary to the provisions of Title 21, United States Code, Sections 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of the Information, the defendant, TRAVIS PHILLIPS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and also shall forfeit any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including but not limited to the following property:

- 7 bitcoin seized from TRAVIS PHILLIPS
- Apple MacBook Pro, S/N C02TC3DUHF1P
- Apple MacBook Air, S/N C1MRQBQNH3QF
- Apple iPhone, IMEI 359303061242348
- Apple iPhone, IMEI 013967000080882
- Apple iPhone, IMEI 359230069096097
- External hard drive, S/N NA7E4NM5
- Semi-automatic handgun, S/N 386313464
- Winchester bolt action rifle, S/N G116707

If any of the above described forfeitable property, as a result of any act or omission of the Defendant,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendant up to the value of the above described forfeitable property.

DATED this 18th day of May, 2018.

ANNETTE L. HAYES
United States Attorney

TODD GREENBERG
Assistant United States Attorney

THOMAS M. WOODS
Assistant United States Attorney

JOSEPH SILVIO
Assistant United States Attorney