FILED ___ LODGED ___ ENTERED ___ RECEIVED

MAY 25 2018

CLERK U.S. DISTRICT COURT
AT SEATTLE
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

Magistrate Judge Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-121RAJ |
|---|---|
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |
| TRAVIS PHILLIPS, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Counts One contained in the Information. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore ordered a presentence report. I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 25 day of May, 2018.

/s/ Paula L. McCandlis
PAULA L. McCANDLIS
United States Magistrate Judge

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B)

REPORT & RECOMMENDATION - 1
U.S. v. PHILLIPS/CR18-121RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970