**Magistrate Judge Clerks** ▸ Passports & IDs: PHILLIPS, Travis

| Field | Value |
|---|---|
| Office | Seattle |
| Defendant Name | PHILLIPS, Travis |
| Received From | Nancy Tenney |
| Date | 5/25/2018 |
| Case # | CR18-00121-RAJ |
| Item type? | Passport or identification |
| Item | U.S. Passport |
| Quantity | 1 |
| Passport # | ~~[redacted]~~ |
| Expiration Date | ~~[redacted]~~ |
| Judgment Date | |
| Notice of Intent | |
| Order Release | |
| Returned to | |
| Return Date | |
| Picked up? | |
| Certified Mail # | |
| Comments/Events | |
| First Letter Index | P |
| Audit | |
| Received by Mag Team? | No |
| Fugitive? | No |
| Receipt Number | |
| Label | |
| Barcode | |
| 30 day notice | |

Version: 1.0
Created at 5/25/2018 10:53 AM by Donna M. Jackson
Last modified at 5/25/2018 10:53 AM by Donna M. Jackson

Close