WA/WD PTS-NoAction
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Phillips, Travis** | 8/8/2018 |
| Name of Judicial Officer | Case Number |
| The Honorable James P. Donohue, United States Magistrate Judge | 2:18-cr-00121-RAJ |
| Original Offense | Date Supervision Commenced |
| Conspiracy to Distribute Controlled Substances | May 25, 2018 |

**Bond Conditions Imposed:**

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Travel is restricted to the <u>Western District of Washington</u>, or as directed by Pretrial Services.

- The defendant shall be prohibited from gambling and shall not enter, frequent or be otherwise involved with any legal or illegal gambling establishment or activity, except if approved by the probation officer. This prohibition will remain on file with the Washington State Gambling Commission until modified by the Court or resolution of the case.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- Comply with all other court orders or terms of supervision.

The Honorable James P. Donohue, United States Magistrate Judge  Page 2
Report on Defendant Under Pretrial Services Supervision  8/8/2018

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

### Nature of Noncompliance

1. Mr. Phillips violated the bond condition to not use, consume or possess any controlled substances, unless the substance is prescribed by a physician, by using marijuana on or about July 2, 2018

**Supporting Evidence:** The defendant reported for intake on May 29, 2018. At that time, the defendant disclosed he last used marijuana on or about May 25, 2018. The defendant submitted a urine sample on July 2, 2018, which tested positive for marijuana. I subsequently spoke to the defendant about the positive sample. He denied using marijuana, and stated he felt the positive sample was due to the large amount of marijuana he used on a daily basis prior to his arrest for the instant offense. The urinalysis sample was submitted to the national lab for confirmation. The sample confirmed positive for marijuana. It should be noted, the defendant's subsequent urine sample was negative for all illicit substances.

2. Mr. Phillips violated a standard condition of his bond requiring he not commit a federal, state, or local crime during the period of release by committing the crime of driving while license suspended on or about June 11, 2018.

3. Mr. Phillips violated a standard condition of his bond requiring he not commit a federal, state, or local crime during the period of release by committing the crime of operating an electronic device while driving on or about June 11, 2018.

4. Mr. Phillips violated the bond condition to comply with all other court orders and terms of supervision by failing to appear in Pierce County District Court on or about August 6, 2018.

**Supporting Evidence:** Violations two, three, and four are combined for brevity and clarity

On July 11, 2018, the defendant advised he was cited by law enforcement for driving while license suspended and for using his cell phone while he was driving. He disclosed he did not know his license was suspended, and stated the suspended license was due to outstanding fines he owed. The defendant reported he spoke to defense counsel about the citations, and advised she is going to assist him with resolving the case. I verbally reprimanded the defendant for violating the conditions of his supervision.

According to court dockets, a hearing was scheduled regarding the aforementioned charges on August 6, 2018, in Pierce County District Court, located in Tacoma, Washington. On August 7, 2018, the defendant advised he missed his court date on August 6, 2018. He indicated he contacted Pierce County District Court and rescheduled the hearing on August 16, 2018.

I subsequently reviewed the court dockets and observed a warrant was issued for the defendant on August 6, 2018, for failing to appear. I confirmed the defendant's hearing was rescheduled to August 16, 2018. I contacted the defendant and advised about the warrant. He is currently in the process of taking care of the warrant.

Sentencing is scheduled in this matter on October 12, 2018, at 10:00 a.m., before The Honorable Richard A. Jones, United States District Judge.

**United States Probation Officer Action:**
☒     Reprimand

The Honorable James P. Donohue, United States Magistrate Judge    Page 3
Report on Defendant Under Pretrial Services Supervision    8/8/2018

I have notified defense counsel and the Assistant United States Attorney and they concur with the recommendation.

I respectfully recommend that the Court endorse the actions taken at this time.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

Executed on this 3rd day of August, 2018.

BY:

_____
Christina Lacy
United States Probation Officer

_____
Jaymie Parkhurst
Supervising United States Probation Officer

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

_____
James P. Donohue,
United States Magistrate Judge

14 August 2018
_____
Date