Judge Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVIS PHILLIPS,<br><br>    Defendant. | No. CR18-121-RAJ<br><br>**MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE**<br><br>NOTE ON MOTIONS CALENDAR:<br>October 5, 2018 |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure 32.2(b) for entry of a Preliminary Order of Forfeiture forfeiting to the United States the interest of Defendant Travis Phillips in the following property:

1. 7.01144579 Bitcoin seized from Defendant Travis Phillips' Electrum Bitcoin Wallet;
2. Apple iPhone, IMEI 359303061242348;
3. Apple iPhone, IMEI 359230069096097;
4. Apple iPhone, IMEI 013967000080882;
5. Apple MacBook Pro, Serial No. C02TC3DUHF1P;
6. Apple MacBook Air, Serial No. C1MRQBQNH3QF; and

7. Seagate Backup Plus, Serial No. NA7E4NM5;

8. Five-seven, semi-automatic 5.7mm caliber handgun, bearing Serial No. 386313464; and

9. Winchester repeating 70 Bolt Action, .243 caliber rifle, bearing Serial No. G116707.

This motion is based on the following:

On May 25, 2018, the Defendant pleaded guilty to *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846.  *See* Dkt. 8 at ¶ 2.  In his Plea Agreement, the Defendant agreed to forfeit his interest in the above-identified property pursuant to 21 U.S.C. § 853 as proceeds of and/or facilitating property for the offense of *Conspiracy to Distribute Controlled Substances* to which the Defendant pleaded guilty.  *Id*.

To comply with the timing requirements of Fed. R. Crim. P. 32.2(b)(2)(B), the United States now moves for entry of a Preliminary Order of Forfeiture to forfeit the Defendant's interest in the above-identified property.  A proposed Order is attached.

DATED this 24th day of September, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

 */s/ Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402-4383
Telephone:   (253) 428-3800
Fax:             (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties.

       */s/ Chantelle J. Smith*
Chantelle J. Smith
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
206-553-2473
Chantelle.Smith2@usdoj.gov