IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR18-0121-RAJ |
| ) | |
| TRAVIS PHILLIPS ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 13, 2018 and ending on November 11, 2018. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2018 at Tacoma, Washington.

/s/ Matthew H. Thomas
Matthew H. Thomas
Assistant U.S. Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# COURT CASE NUMBER: CR18-0121; NOTICE OF FORFEITURE

Notice is hereby given that on October 12, 2018, in the case of U.S. v. TRAVIS PHILLIPS, Court Case Number CR18-0121, the United States District Court for the Western District of Washington entered an Order condemning and forfeiting the following property to the United States of America:

7.01144579 Bitcoin seized from Defendant Travis Phillips' Electrum Bitcoin wallet (17-ICE-002368);

Five-seven, semi-automatic 5.7mm caliber handgun, bearing Serial No. 386313464 (17-USP-002445);

Winchester repeating 70 Bolt Action, .243 caliber rifle, bearing Serial No. G116707 (17-USP-002446);

Three Apple iPhones, including:
- 1 Apple iPhone, IMEI 359303061242348
- 1 Apple iPhone, IMEI 359230069096097
- 1 Apple iPhone, IMEI 013967000080882
(17-USP-002447),

Electronic equipment, including:
- Apple MacBook Pro, Serial No. C02TC3DUHF1P
- Apple MacBook Air, Serial No. C1MRQBQNH3QF
- Seagate Backup Plus, Serial No. NA7E4NM5
(17-USP-002448)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (October 13, 2018) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 700 Stewart Street, Lobby Level, Seattle, WA 98101, and a copy served upon Assistant United States Attorney Matthew Thomas, 700 Stewart Street, Suite 5220, Seattle, WA 98101-1271. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Matthew Thomas, 700 Stewart Street, Suite 5220, Seattle, WA 98101-1271. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 13, 2018 and November 11, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. TRAVIS PHILLIPS

**Court Case No:** CR18-0121
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/13/2018 | 24.0 | Verified |
| 2 | 10/14/2018 | 24.0 | Verified |
| 3 | 10/15/2018 | 24.0 | Verified |
| 4 | 10/16/2018 | 24.0 | Verified |
| 5 | 10/17/2018 | 24.0 | Verified |
| 6 | 10/18/2018 | 24.0 | Verified |
| 7 | 10/19/2018 | 24.0 | Verified |
| 8 | 10/20/2018 | 24.0 | Verified |
| 9 | 10/21/2018 | 24.0 | Verified |
| 10 | 10/22/2018 | 24.0 | Verified |
| 11 | 10/23/2018 | 24.0 | Verified |
| 12 | 10/24/2018 | 24.0 | Verified |
| 13 | 10/25/2018 | 24.0 | Verified |
| 14 | 10/26/2018 | 24.0 | Verified |
| 15 | 10/27/2018 | 24.0 | Verified |
| 16 | 10/28/2018 | 24.0 | Verified |
| 17 | 10/29/2018 | 24.0 | Verified |
| 18 | 10/30/2018 | 24.0 | Verified |
| 19 | 10/31/2018 | 24.0 | Verified |
| 20 | 11/01/2018 | 24.0 | Verified |
| 21 | 11/02/2018 | 24.0 | Verified |
| 22 | 11/03/2018 | 24.0 | Verified |
| 23 | 11/04/2018 | 24.0 | Verified |
| 24 | 11/05/2018 | 24.0 | Verified |
| 25 | 11/06/2018 | 24.0 | Verified |
| 26 | 11/07/2018 | 24.0 | Verified |
| 27 | 11/08/2018 | 24.0 | Verified |
| 28 | 11/09/2018 | 24.0 | Verified |
| 29 | 11/10/2018 | 24.0 | Verified |
| 30 | 11/11/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.