Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS PHILLIPS, <br><br> Defendant. | NO. CR18-00121RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

The Court, having considered the Government's Motion to Seal, and finding good cause, hereby GRANTS the Motion to Seal (Dkt. #22). The Government's Memorandum Regarding Sentencing shall remain under seal.

DATED this 15th day of January, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
U.S. v. PHILLIPS/CR18-121RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970