Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS PHILLIPS, <br><br> Defendant. | No. CR18-121-RAJ <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. 7.01144579 Bitcoin seized from Defendant Travis Phillips' Electrum Bitcoin Wallet;
2. Apple iPhone, IMEI 359303061242348;
3. Apple iPhone, IMEI 359230069096097;
4. Apple iPhone, IMEI 013967000080882;
5. Apple MacBook Pro, Serial No. C02TC3DUHF1P;
6. Apple MacBook Air, Serial No. C1MRQBQNH3QF; and
7. Seagate Backup Plus, Serial No. NA7E4NM5;
8. Five-seven, semi-automatic 5.7mm caliber handgun, bearing Serial No. 386313464; and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. Winchester repeating 70 Bolt Action, .243 caliber rifle, bearing Serial No. G116707.

The Court, having reviewed the record in this matters, FINDS:

In the Plea Agreement filed on May 25, 2018, the Defendant agreed to forfeit his interest in the above-listed property. Dkt. No. 8;

On October 12, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it. Dkt. No. 16;

Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), Dkt. No. 18, and provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Thomas, ¶ 2, <u>Exs. A and B</u>); and

The time for filing third-party petitions has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the United States Department of Homeland Security, and/or their authorized agents or representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 6th day of September, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge