JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVIS PHILLIPS,<br><br>    Defendant. | No. CR18-121-RAJ<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Unopposed Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Phillips's supervised release is warranted by the conduct of Mr. Phillips and in the interests of justice;

IT IS THEREFORE ORDERED that the motion (Dkt. 48) is GRANTED and the term of supervised release for Mr. Phillips shall be terminated, effective immediately.

DATED this 31st day of July, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Phillips,* CR18-121-RAJ)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100